UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEVIN R. LAUGHLIN, as Administrator of
The Estate of BRYCE P. LAUGHLIN,

                       Plaintiff,                    **COMPLAINT**

                                                                  Case No.: 8:23-CV-0205 (MAD/DJS)

   -against-

MICHAEL POND, M.D., JOSHU E. COPPOLA,
RPA-C, MOUNTAIN MEDICAL SERVICES, PLLC,
MOUNTAIN MEDICAL PRIMARY CARE, PLLC,
MOUNTAIN MEDICAL MANAGEMENT, LLC,
MOUNTAIN MEDICAL URGENT CARE and
JANE DOE,

                    Defendants.

Plaintiff, Kevin R. Laughlin, as Administrator of the Estate of Bryce P. Laughlin, deceased, by and through his attorneys, Bailey, Johnson & Peck, P.C., as and for his Complaint against Defendants Michael Pond, M.D., Joshu E. Coppola RPA-C, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, Mountain Medical Urgent Care, and Jane Doe, set forth and allege as follows:

## PRELIMINARY STATEMENT

1.     This is a medical malpractice action seeking damages for the wrongful death of Bryce P. Laughlin. On April 6, 2021, Bryce P. Laughlin, sought urgent and emergency medical treatment from Michael Pond, M.D., Joshu E. Coppola, RPA-C, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, Mountain Medical Urgent Care and Jane Doe. Defendants

individually, jointly, and severally failed to render medical care and treatment in accordance with the accepted standards of care. Bryce P. Laughlin passed away on April 12, 2021, from pneumonia due to the negligence of the Defendants.

## JURISDICTION

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000.

3. Pursuant to 28 U.S.C. § 1391(b), the venue is proper. The individual Defendants are residents of New York State, and the corporate Defendants are all New York corporations. The decedent was a domiciliary of Virginia and was a visitor in Essex County, New York at the time of his death.

## PARTIES

4. Plaintiff, Kevin R. Laughlin, is the father and duly appointed Administrator of the Estate of Bryce P. Laughlin, the decedent[1].

5. The decedent was a citizen and domiciliary of the Commonwealth of Virginia.

6. Michael Pond, M.D. is a medical doctor licensed to practice medicine in New York State who represented to the public that he was a specialist in emergency medicine and urgent care.

7. Joshu E. Coppola, RPA-C, is a Registered Physician's Assistant (RPA-C), authorized to provide medical services in New York State.

---

[1] Kevin R. Laughlin was appointed Administrator by Essex County Surrogate's Court on or around November 29, 2022.

8. Jane Doe is a medical professional authorized to provide medical services in New York State.

9. At all times relevant, Defendant, Mountain Medical Services, PLLC, was a professional limited liability company organized under New York State Law with offices in Essex County.

10. At all times relevant, Defendant, Mountain Medical Primary Care, PLLC, was a professional limited liability company organized under New York State law with offices in Essex County.

11. At all times relevant, Defendant Mountain Medical Management, LLC, was a limited liability company organized under New York State law with offices in Essex County.

12. At all times herein relevant, Defendant, Mountain Medical Urgent Care, was a New York State business providing medical services with offices in Essex County.

13. At all times herein relevant, Defendant, Michael Pond, M.D., was self-employed and/or employed by Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and/or Mountain Medical Urgent Care with offices in Essex County.

14. At all times herein relevant, Defendant, Joshu E. Coppola. RPA-C, was employed by Michael Pond, M.D., Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and/or Mountain Medical Urgent Care with offices in Essex County.

**STATEMENT OF FACTS**

15. The decedent, Bryce P. Laughlin, was born on March 18, 1999, and was raised, and domiciled in the Commonwealth of Virginia.

16. On April 6, 2021, Bryce P. Laughlin sought urgent and emergency medical treatment at Mountain Medical Urgent Care located at 354 Broadway, Saranac Lake, New York.

17. On April 12, 2021, Bryce P. Laughlin passed away in Lake Placid, New York from pneumonia caused by COVID-19.

18. On April 6, 2021, Bryce P. Laughlin came under the care of Michael Pond, M.D., Joshu E. Coppola, RPA-C, Mountain Medical Primary Care PLLC, Mountain Medical Services PLLC, Mountain Medical Management LLC, and Mountain Medical Urgent Care.

19. On April 6, 2021, Michael Pond, M.D. and/or Mountain Medical Primary Care PLLC, Mountain Medical Services PLLC, Mountain Medical Management, LLC were doing business as Mountain Medical Urgent Care.

20. On April 6, 2021, Defendant Joshu E. Coppola, RPA-C was employed by Michael Pond, M.D, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and/or Mountain Medical Urgent Care.

21. Defendant, Michael Pond, M.D., held himself out as a competent and skilled physician specializing in urgent and emergency care.

22. At all times relevant, Michael Pond, M.D. supervised and controlled the care and treatment of patients individually and through his medical practices Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care.

23. At all times relevant, Joshu E. Coppola, RPA-C, held himself out as a Registered Physician's Assistant (RPA-C) certified and duly authorized and qualified to provide medical care to decedent, Bryce P. Laughlin.

24. At all times relevant, Michael Pond, M.D., Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, employed, permitted, allowed, contracted with and/or authorized, Joshu E. Coppola, RPA-C, to render urgent and emergency care and treatment in its urgent care facilities, particularly to the decedent.

25. Mountain Medical Services, PLLC, by its agents, servants, and/or employees, held itself out as a medical treatment facility, duly qualified and capable of rendering competent medical care and treatment to the public, including Bryce P. Laughlin.

26. Mountain Medical Primary Care, PLLC, by its agents, servants and/or employees, held itself out as a medical treatment facility, duly qualified and capable of rendering competent medical care and treatment to the public, including Bryce P. Laughlin.

27. Mountain Medical Management, LLC, by its agents, servants and/or employees, held itself out as a medical treatment facility, duly qualified and capable of

rendering competent medical care and treatment to the public, including Bryce P. Laughlin.

28. Mountain Medical Urgent Care by its agents, servants and/or employees held itself out as a medical treatment facility, duly qualified and capable of rendering competent medical care and treatment to the public, including Bryce P. Laughlin.

29. That at all times herein Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, Mountain Medical Urgent Care, and Michael Pond, M.D., through its agents, servants, affiliated physicians and/or employees, trained employees for the position of physician, physician's assistant, and healthcare support staff, including, but not limited to Joshu E. Coppola RPA-C

30. Upon information and belief, on March 7, 2020, the governor of New York issued an Executive Order declaring a state disaster emergency based on the COVID-19 virus.

31. Upon information and belief, on March 11, 2020, the World Health Organization declared the COVID-19 virus a global pandemic.

32. Upon information and belief, on March 13, 2020, the President of the United States declared a national emergency based on the COVID-19 virus.

33. Defendant, Michael Pond, M.D. was aware or should have been aware of the COVID-19 pandemic and the health risks, including death, posed by the COVID-19 virus.

34. Defendant, Joshu E. Coppola, RPA-C was aware or should have been aware of the COVID-19 pandemic and the health risks, including death, posed by the COVID-19 virus.

35. Bryce P. Laughlin suffered from known risk factors for which COVID-19 was especially serious, including extreme obesity.

36. On April 6, 2021, Bryce P. Laughlin developed serious, severe, and concerning physical and medical complaints which caused him to seek treatment at Mountain Medical Urgent Care, 354 Broadway, Saranac Lake, New York.

37. On April 6, 2021, Bryce P. Laughlin was treated as a patient at Mountain Medical Urgent Care and seen by Defendant Joshu E. Coppola, RPA-C.

38. On April 6, 2021, Bryce P. Laughlin was treated as a patient at Mountain Medical Urgent Care and seen by Defendant Jane Doe.

39. On April 6, 2021, Bryce P. Laughlin was treated at Mountain Medical Urgent Care under the direction and control of Michael Pond, M.D.

40. On April 6, 2021, the Defendant, Joshu E. Coppola, RPA-C failed to render appropriate medical care to Bryce P. Laughlin and rendered medical care which failed to meet the minimum standard of care.

41. On April 6, 2021, Bryce P. Laughlin was prematurely discharged from Mountain Medical Urgent Care without receiving adequate and appropriate examinations, testing, treatment, or care by Defendants.

42. The Defendant, Joshu E. Coppola, RPA-C failed to take a proper medical history, failed to conduct a proper physical examination, failed to obtain vital signs, failed

to note the signs and symptoms of COVID-19, failed to conduct an examination of the decedent's lungs, failed to listen to decedent's airway, failed to take decedent's height and weight, failed to note decedent's extreme obesity, failed to perform an auscultation of the decedent's airway and lungs, failed to properly chart the decedent's complaints and physical symptoms, failed to take the decedent's blood pressure, failed to take and record the decedent's pulse, failed to take and record the decedent's heart rate, failed to schedule the decedent for a follow up medical visit, failed to schedule a confirmatory COVID-19 test, failed to advise the decedent that he had COVID-19, and failed to render proper care and treatment.

43. From April 6, 2021, through the moment of death, Bryce P. Laughlin endured extreme pain and suffering.

44. On April 12th, 2021, the decedent was discovered unresponsive and was pronounced dead.

45. On April 13th, 2021, Defendants purposefully and wrongfully accessed and altered the decedent's medical records and made additions, changes, or alterations in an effort to conceal their negligent and reckless treatment.

**CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**
**(Negligence)**

46. Plaintiff repeats and realleges paragraphs "1" through "45" as if fully set forth herein.

8

47. In rendering medical care and treatment, Michael Pond, M.D., Joshu E. Coppola RPA-C, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care owed the decedent the duty to use that degree of skill, care and diligence used by physicians, medical facilities, and medical groups rendering urgent and emergency care.

48. The services, treatment, and care rendered by Michael Pond, M.D., Joshu E. Coppola RPA-C, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care to the decedent were not in accordance with the proper practice and standards of care for physicians, physician's assistants, or medical providers, rendering urgent and emergency medical care.

49. The services, treatment, and care rendered by Michael Pond, M.D., Joshu E. Coppola RPA-C, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care to the decedent, deviated from and were not consistent with reasonable and appropriate urgent and emergency medical care. Moreover, the services, treatment, and care rendered by these Defendants were substantially below the generally accepted standards of care for the practice of medicine.

50. Michael Pond, M.D., Joshu E. Coppola RPA-C, Jane Doe, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, individually, and by and through their agents, servants and/or employees were negligent, careless, reckless and departed

from the accepted standards of medical practice in the care, treatment, and services rendered to the decedent in failing to obtain a proper and complete medical history, including decedent's medical history, family history and social history, treating decedent in a manner that was contrary to the standards of accepted medical practice, prematurely discharging decedent failing to diagnose, treat, and recognize decedent's life-threatening condition, failing to provide medical care, treatment, and services in a prompt fashion, negligently and careless failing to heed decedent's condition(s) and render adequate, prompt treatment, failing to take, use, and employ reasonable and proper steps and procedures and practices for the health, safety, and welfare of the decedent, thereby causing and contributing to the injuries suffered by the decedent, failing to manage the decedent's condition, failing to timely and appropriately treat the decedent, thereby causing serious and irreversible damage, failing to prevent the decedent from suffering future medical condition(s) and pain associated thereto, failing to prevent the decedent's present condition from worsening, ignoring and/or dismissing the decedent's signs, symptoms, complaints and condition(s), failing to recognize the urgency of the decedent's condition, providing decedent with the impression that the decedent's condition was not serious in nature, and/or did not require any further intervention, disregarding decedent's complaints and conditions failing to advise the decedent of the condition(s) from which he was suffering and of the progressive nature associated thereto, failing to provide a diagnosis, primary diagnosis or differential diagnosis associated with the decedent's signs, symptoms, complaints and condition(s), failing to provide an appropriate and/or sufficient diagnosis or diagnoses associated with the

decedent's signs, symptoms, complaints and condition(s), failing to adequately and properly document the decedent's signs, symptoms, complaints, conditions, a diagnosis related thereto, a primary diagnosis related thereto, a differential diagnosis related thereto, discharge instructions, discharge summary, or/or other treatment details, failing to perform the appropriate and necessary testing, in diagnosing and treating the decedent's medical condition, failing to recognize and treat the decedent's symptomatology upon being admitted, inadequate and improper after care and follow-up treatment for the decedent, failing to order the appropriate consultations to diagnose and treat the decedent's condition, failing to properly advise plaintiff of the risks inherent in such services and treatment, failing to take the necessary immediate steps to alleviate the conditions from which Defendants were aware or should have been aware the decedent was suffering, failing to immediately institute procedures as they were necessary to alleviate conditions which should have been discovered in the use of ordinary care, rendering incompetent, improper, insufficient, and untimely medical care and attention, allowing and causing the underlying medical conditions from which the decedent was suffering, to progress and deteriorate, failing to diagnose and treat the decedent's existing medical condition, thereby causing a severe and significant deterioration of his condition, failing to properly medicate the decedent, failing to adhere to policies and/or procedures and/or protocols with regard to the decedent's condition(s), failing to properly monitor the decedent, failing to use and employ the skilled care and diligence commonly and ordinarily possessed by and required of physicians, physicians

assistants, nurses, hospitals and urgent care facilities, and failing to properly supervise the activities of agents, servants, and/or employees when treating the decedent.

51. As a result of the foregoing deviations and departures on behalf of Michael Pond, M.D., Joshu E. Coppola RPA-C, Jane Doe, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, the decedent sustained severe and permanent injuries to his body, and was rendered permanently, sick, sore, lame, disabled, and ultimately suffered death, all of which caused extraordinary pain.

52. The aforementioned deviations and departures were a proximate cause of damage incurred by the decedent including, but not limited to pain, suffering and death.

53. The injuries sustained by the decedent were solely the result of the malpractice of Michael Pond, M.D., Joshu E. Coppola RPA-C, Jane Doe, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care.

54. In its cause of action against Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, plaintiff relies upon the theories of vicarious liability and *respondeat superior*.

**SECOND CAUSE OF ACTION**
(Wrongful Death)

55. Plaintiff, Kevin R. Laughlin as Administrator of the Estate of Bryce P. Laughlin, sets forth the allegations contained in paragraphs numbered "1" through "54" as if fully set forth herein.

56. That at all times herein mentioned, Defendants had a duty to use the degree of skill, care, and diligence used by physicians, physicians assistants, and medical facilities, when rendering care and treatment to the decedent, Defendants agreed and undertook to faithfully, skillfully, professionally, diligently, carefully, and in accordance with the approved and accepted standards of care, diagnose, treat and care for the conditions that the decedent was suffering from during, before and after the decedent's stay at Mountain Medical Urgent Care.

57. Defendants breached the aforementioned duty to the decedent when committing the aforesaid acts and/or omissions constituting negligent, carelessness, recklessness, and malpractice on behalf of Defendants.

58. That as a result of Defendants' negligence, the decedent's beneficiaries were caused to sustain economic losses including funeral expenses, costs, and future care and support.

59. By reason of the foregoing, the decedent suffered damages and seek compensation herein.

## THIRD CAUSE OF ACTION
**(Failure to Supervise/Train)**

60.     Plaintiff, Kevin R. Laughlin, individually, and as Administrator of the Estate of Bryce Laughlin, sets forth the allegations contained in paragraphs numbered "1" through "59" as if fully set forth herein.

61.     That at all times herein Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, through its agents, servants, affiliated physicians and/or employees, carelessly, negligently and recklessly trained employees for the position of physician, physician's assistant, and healthcare support staff, including, but not limited to Michael Pond, M.D. Joshu E. Coppola RPA-C, and Jane Doe.

62.     That at all times herein mentioned, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, through its agents, servants, affiliated physicians and/or employees, carelessly, negligently and recklessly supervised, controlled, managed, maintained and inspected the activities of its physicians and healthcare support staff, including, but not limited Michael Pond, M.D., Joshu E. Coppola, RPA-C, and Jane Doe.

63.     That at all times hereinafter mentioned, Defendants, Michael Pond, M.D. and Joshu E. Coppola, RPA-C, through its agents, servants, affiliated physicians and/or employees, carelessly, negligently, and recklessly caused, permitted, and allowed its physicians and healthcare support staff, including, but not limited to Michael Pond, M.D.

And Joshu E. Coppola, RPA-C, to act in a dangerous, unprofessional, negligent and/or deliberate manner in carrying out their duties and/or responsibilities.

64. That at all times herein mentioned, Defendants, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, through its agents, servants, affiliated physicians and/or employees, carelessly, negligently, and recklessly retained in their employment, physicians, and healthcare support staff, including, but not limited to Michael Pond, M.D., Joshu E. Coppola, RPA-C, and Jane Doe, who acted in a dangerous, unprofessional, negligent, and/or deliberate manner in carrying out their official duties and/or responsibilities.

65. That at all times herein mentioned, Defendants, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, through its agents, servant, affiliated physicians and/or employees, carelessly, negligently, and recklessly credentialed and/or granted practicing privileges to Michael Pond, M.D., Joshu E. Coppola, RPA-C, and Jane Doe, in addition to other physicians and staff who rendered inadequate care and treatment to decedent.

66. That at all times herein mentioned, Defendants, Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, through its agents, servants, affiliated physicians and/or employees, rendered healthcare and/or medical services to plaintiff's decedent in a careless, negligent, and reckless manner that was not in

accordance with good and accepted standards of medical care, causing serious and severe personal injury to the decedent, including death.

67. The aforementioned injuries sustained by the decedent were caused solely by, and as a result of, the careless, negligent, reckless and/or intentional conduct of the Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care, through its agents, servants, affiliated physicians and/or employees, as set forth above and without any negligence on the part of the plaintiff or the decedent contributing thereto, specifically the negligent and reckless manner in which Mountain Medical Services, PLLC, Mountain Medical Primary Care, PLLC, Mountain Medical Management, LLC, and Mountain Medical Urgent Care hired, trained, supervised, controlled, managed, inspected, maintained, credentialed and granted practicing privileges to its physicians and medical support staff.

**FOURTH CAUSE OF ACTION**
**(Conscious Pain and Suffering)**

68. Plaintiff, Kevin R. Laughlin, individually, and as Administrator of the Estate of Bryce Laughlin, sets forth the allegations contained in paragraphs numbered "1" through "64" as if fully set forth herein.

69. As a result of the foregoing negligent acts and/or omissions committed by defendants, decedent, Bryce Laughlin, prior to his death, was caused to suffer and endure extreme conscious pain, discomfort, disability, mental anguish, emotional shock, and suffering to his detriment until the date of his death.

**WHEREFORE,** Plaintiff demands judgment against Defendants, on the First, Second, Third, and Fourth Causes of Action, together with costs, disbursements of this action, punitive damages, and such other and further relief as the Court may deem just and proper.

Dated: February 15, 2023							Bailey, Johnson & Peck, P.C.


							By: *John W. Bailey*
							      John W. Bailey
							*Attorneys for Plaintiff*
							5 Pine West Plaza, Suite 507
							Washington Avenue Extension
							Albany, NY  12205
							jwbailey@baileyjohnson.com

TO:	Michael Pond, M.D.
	Mountain Medical Services
	354 Broadway
	Saranac Lake, New York 12983

	Joshu E. Coppola, RPA-C
	354 Broadway
	Saranac Lake, New York 12983

	Mountain Medical Services, PLLC
	354 Broadway
	Saranac Lake, New York 12983

	Mountain Medical Primary Care, PLLC
	354 Broadway
	Saranac Lake, New York 12983

	Mountain Medical Management, LLC
	354 Broadway
	Saranac Lake, New York 12983

	Mountain Medical Urgent Care
	354 Broadway
	Saranac Lake, New York 12983